IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 SEP 15 P 4:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

|                          |   |                      |
|--------------------------|---|----------------------|
| UNITED STATES OF AMERICA | ) |                      |
|                          | ) | CR. NO. 1:05CR229-F  |
| v.                       | ) | [18 U.S.C. 2113(a)]  |
|                          | ) |                      |
| RICHARD BYNES            | ) | INFORMATION          |

The United States Attorney charges:

COUNT 1

On or about July 28, 2005, in Houston County, within the Middle District of Alabama,

RICHARD BYNES,

defendant herein, by force, violence, and intimidation, did take from the person and presence of

another approximately $5,000 belonging to and in the care, custody, control, management, and

possession of Army Aviation Center Federal Credit Union, 2462 Montgomery Highway, Dothan,

Alabama, a credit union whose deposits were then insured by the National Credit Union

Administration Board, in violation of Title 18, United States Code, Section 2113(a).


LEURA GARRETT CANARY
United States Attorney


Andrew O. Schiff
Assistant United States Attorney