U.S. Department of Justice
*United States Attorneys*

# United States District Court

For the Middle District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Criminal No. 1:05cr229-F |
| | ) | |
| Richard Bynes, III | ) | |

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE

*(Under Rule 20)*

I, Richard Bynes, III, defendant, have been informed that an information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Georgia in which I am held and to waive trial in the above captioned District.

Dated: Sept. 16, 2005 at _____

*[signature]*
Richard Bynes, III *(Defendant)*

*[signature]*
Gerald Williams *(Counsel for Defendant)*

*[signature]* 090905
*(Witness)*

*[signature]*
G. F. Peterman, III
Acting United States Attorney for the
Middle District of Georgia

Approved

*[signature]*
Leura Garrett Canary
United States Attorney for the
Middle District of Alabama

FORM USA-153